UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ERVIN MIDDLETON, | Case No. 2:19-cv-00599--GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY WATER RECLAMATION DISTRICT, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Summary Judgment (ECF No. 1), filed on April 9, 2019.

Plaintiff filed a document that is not titled, but was labeled as a motion for summary judgment in the CM/ECF system. The document is styled as a complaint and the Court will, therefore, treat it as such. Plaintiff appears to have filed the complaint in proper person, but failed to file an application to proceed *in forma pauperis* pursuant to LSR 1-1 and 28 U.S.C. § 1915(a). Plaintiff's complaint will not be filed until he either pays the requisite filing fee or he files an application to proceed *in forma pauperis* and the Court conducts a preliminary screening of his complaint. Plaintiff shall either pay the filing fee or file an application to proceed *in forma pauperis* no later than **May 10, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either pay the filing fee or file an application to proceed *in forma pauperis* no later than **May 10, 2019**

Dated this 25th day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1